

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
212-603-6455 tel
212-489-8340 fax

Jamesrosenfeld@dwt.com

May 20, 2020

**By Email**

Honorable Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614
wolford@nywd.uscourts.gov

Re:   *Michael Barrett Boesen v. Sinclair Television Group, Inc.* 6:20-cv-06118-EAW

Dear Judge Wolford:

This firm represents defendant Sinclair Television Group, Inc. ("Sinclair") in the above-captioned action.  In accordance with the Federal Rules of Civil Procedure, Local Rules, and this Court's Individual Rules of Practice, Sinclair hereby submits this letter requesting an extension of the time to move or answer in response to plaintiff's Complaint until June 5, 2020.  Counsel for plaintiff Michael Barrett Boesen has consented to the extension.

The Court previously granted Defendant an extension to respond to the Complaint after initial settlement negotiations broke down and Defendant retained outside counsel.  Defendant and Plaintiff were then able to resume productive settlement negotiations via their respective counsel.  As a condition of extending these fruitful discussions, Plaintiff has agreed to consent to extension of Defendant's time to move or answer in response to the Complaint.

Defendants respectfully request the Court grant an extension for the deadline to answer through Friday, June 5, 2020.  This extension is necessary and beneficial to the efficient administration of the case, as it will permit the parties to continue settlement negotiations.

Thank you for the Court's attention to this matter.

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

May 20, 2020
Page 2

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        By:   /s/ James Rosenfeld
              James Rosenfeld
              Kathleen E. Farley
        1251 Avenue of the Americas, 21st Floor
        New York, NY 10020
        Tel: (212) 603-6455
        jamesrosenfeld@dwt.com
        kathleenfarley@dwt.com
        *Attorneys for Defendant*
        *Sinclair Television Group, Inc.*

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge

**Dated: 5/20/2020**